```
___ FILED    _X_ LODGED
___ RECEIVED ___ COPY
      JUN 0 5 2001
   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY _____ Z DEPUTY
```

```
_X_ FILED    ___ LODGED
___ RECEIVED ___ COPY
      JUL 1 2 2001
   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| (1) H & R Block Tax Services, Inc., a Missouri corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>(2) Margaret J. Miller, an individual,<br><br>                                    Defendant. | NO. CIV 01-0633 PHX RCB<br><br>**INJUNCTION** |

This matter came on for hearing before the Court on May 25, 2001, on Plaintiff's Application for Preliminary Injunction. The Court having considered the evidence and arguments presented by counsel, finds that:

1. There is a strong likelihood that Plaintiff will be successful on the merits at trial and will prove that: (1) Defendant Margaret J. Miller ("Miller") materially breached the Satellite Franchise Agreement, (2) Block properly terminated Defendant Miller's Satellite Franchise Agreement; and (3) Defendant's use of Block's trademarks violates the Lanham Act; and

2. Plaintiff will suffer irreparable injury if this Preliminary Injunction is not entered. In addition, the hardship that Block will endure if the injunction is

PHX_DOCS:1233329.1

not entered outweighs any potential harm to Defendant. Finally, the public interest will be served by granting this injunction.

Based on the foregoing findings, and good cause appearing therefore:

IT IS HEREBY ORDERED that, effective May 25, 2001 and pending further Order of this Court, Defendant Miller and Defendant's attorneys, agents, servants, employees, and any and all persons in active concert or participation with her be and they are hereby restrained and enjoined from using the "H & R Block" trade name and/or any of Plaintiff's licensed trademarks of "H & R Block," "The Income Tax People," and "Rapid Refund".

IT IS FURTHER ORDERED pursuant to Rule 65(c), Federal Rules of Civil Procedure, that the $1,000 bond that Plaintiff has posted is sufficient, but Defendant may file an appropriate pleading with the Court requesting that the Court reconsider the sufficiency of the bond.

DONE IN OPEN COURT this 9 day of July, 2001.

U.S. District Judge

PHX_DOCS:1233329.1